UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

Plaintiff,

v.

STATE OF WASHINGTON,

Defendant.

CASE NO. 2:26-cv-02116-BHS

ORDER

THIS MATTER is before the Court on Magistrate Judge Theresa Fricke's Report and Recommendation (R&R), recommending that the Court administratively close the case and strike any pending motions as moot. Dkt. 2. The R&R points out that a prior court order provides for the return without filing of any petition by Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee. *Id.* (citing *Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997)).

Demos has objected to the R&R. Dkt. 3. Among other difficult-to-follow arguments, he asserts that "the R&R attempts to void *Marbury v. Madison*, 5 U.S. 137," the Supreme Court's "greatest case." *Id*. at 4.

Demos is a serial, vexatious litigant, subject to a Bar Order in this District since 1992. *See In re John Robert Demos*, MC91-269-CRD (W.D. Wash. Jan. 16, 1992).

A district judge must determine de novo any part of a magistrate judge's proposed disposition to which a party has properly objected. It must modify or set aside any portion of the order that is clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions. Fed. R. Civ. P. 72(b)(3).

"[I]n providing for a de novo determination . . . Congress intended to permit whatever reliance a district judge, in the exercise of sound judicial discretion, chose to place on a magistrate's proposed findings and recommendations." *United States v. Raddatz*, 447 U.S. 667, 676 (1980) (internal quotation marks omitted). Accordingly, when a district court adopts a magistrate judge's recommendation, the district court is required to merely "indicate[] that it reviewed the record de novo, found no merit to . . . [the] objections, and summarily adopt[s] the magistrate judge's analysis in [the] report and recommendation." *United States v. Ramos*, 65 F.4th 427, 433 (9th Cir. 2023). In so doing, district courts are "not obligated to explicitly address [the] objections." *Id.* at 437.

Demos' objections and his claims are without substantive merit. The R&R is **ADOPTED**, the case is administratively closed, and all pending motions are **DENIED** as moot. The Clerk shall close the case.

**IT IS SO ORDERED**.

Dated this 2nd day of October, 2026.

BENJAMIN H. SETTLE
United States District Judge